**Order entered October 13, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00263-CV

## MICHAEL BEAL, Appellant

## V.

## PRUVIT VENTURES, INC., Appellee

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06415-2019**

## ORDER

Before the Court is appellant's October 11, 2022 unopposed motion to extend time to file his opening brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 14, 2022.

/s/    KEN MOLBERG
      JUSTICE